**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| LIONEL A. JURADO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. CIV-08-678-R |
| | ) |
| SHERIFF BEGGS, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Gary M. Purcell entered August 7, 2008. [Doc. No. 9]. No objection to the Report and Recommendation has been filed nor has an extension of time to object been sought or granted.[1] Therefore, the Report and Recommendation of the Magistrate Judge [Doc. No. 9] is ADOPTED in its entirety and the matter is dismissed without prejudice.

IT IS SO ORDERED this 8th day of September, 2008.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE

---

[1] The Court Docket reflects that the Report and Recommendation was returned stamped "RETURN TO SENDER No Longer at this Address." Plaintiff has not complied with LCvR 5.4 by keeping the Court informed of any change of address.